UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JATANIA MOTA,<br><br>      Plaintiff,<br><br>v.<br><br>NEW YORK STATE UNITED TEACHERS, *et al.*,<br><br>      Defendants. | **Case No. 1:22-cv-00658-MAD-CFH**<br><br>District Judge Mae A. D'Agostino<br>Magistrate Judge Christian F. Hummel<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

TO THE HONORABLE COURT:

AND NOW, this 24th day of February, 2023, Plaintiff Jatania Mota files this Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and respectfully states as follows in support thereof:

1. Plaintiff filed this action on June 20, 2022, alleging claims and seeking relief against Defendants New York State United Teachers; United Federation of Teachers, Local 2; and New York City Department of Education.

2. Pursuant to Rule 41(a)(1)(A)(i), a plaintiff may voluntarily dismiss an action against a defendant without a court order by filing a notice of dismissal before the opposing parties have served either an answer or a motion for summary judgment. Defendants have not served answers or motions for summary judgment in this matter.

3. Therefore, as a settlement has been reached regarding this matter with Defendants, Plaintiff voluntarily dismisses this action against Defendants by the filing of this Notice of Voluntary Dismissal.

4. Accordingly, this Notice constitutes, without further order of the Court, the dismissal of the above-captioned action, with prejudice, against all Defendants.

IT IS SO ORDERED:

*/s/ Mae A. D'Agostino*
Mae A. D'Agostino
U.S. District Judge

Dated: __February 28, 2023__
       Albany, NY

Dated: February 24, 2023                    Respectfully submitted,

                                                **s/ David R. Dorey**
David R. Dorey Bar Number: 703310
Email: drdorey@fairnesscenter.org
Nathan J. McGrath Bar Number: 702434
Email: njmcgrath@fairnesscenter.org
Logan M. Hetherington Bar Number 703597
Email: lmhetherington@fairnesscenter.org
THE FAIRNESS CENTER
500 North Third Street, Suite 600B
Harrisburg, Pennsylvania 17101
Telephone: 844.293.1001
Facsimile: 717.307.3424

*Attorneys for Plaintiff*